## ARRAIGNMENT CALENDAR :

BEFORE **U.S.D.J. MATSUMOTO**   DATE: **11/3/2010**   TIME:**10:00am.**

DOCKET NUMBER :**10 CR 809 [KAM]**

DOCKET & FILE

DEFENDANT'S NAME : Christopher Barrett
__ Present   **X** Not Present   **X** Custody   __ Bail

DEFENSE COUNSEL Jack Goldberg
__ Present   ___ Not Present   __Federal Defender   **X** Retained   __ CJA

A.U.S.A: **Sree Vamshi Reddy**

CASE MANAGER: **Sandra Jackson**   FTR: **10(10:17-10:23)**

**X** Hearing held as to defendant
____ Defendant was released on_____ PRB with/without some conditions.
____ Defendant was advised of bond conditions by the Court and signed the bond.
____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
____ Additional surety (ies) to co-signed bond by _____
**X** At this time, defense counsel states on the record that defendant does not have a bail application/package. **Order of Detention Entered** with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**X** Order of Excludable Delay entered as to defendant.

   Code Type **XC**   Start **11/4/2010**   Stop **12/3/10**

___ Order of Speedy Trial entered.   Code Type_____   Start_____   Stop

**X** Defendant first appearance on the indictment.

**X** Defendant arraigned on the indictment

**X** Defendant informed of rights.

**X** Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

OTHERS:   Counsel for the defendant shall enter a notice of appearance in this case on the court's docket. The next status conference has been scheduled for 12/3/10 at 4:00p.m.