**ARRAIGNMENT CALENDAR :**

BEFORE **U.S.D.J. MATSUMOTO**      DATE: **11/10/2010**    TIME:**4:00pm.**

DOCKET NUMBER :**10 CR 809 [KAM]**                    DOCKET & FILE

DEFENDANT'S NAME : Kevin Lee by Dennis O'Brien
  _X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENDANT'S NAME : LaToya Manning by Scott Fernsternmaker
  _X_ Present    ___ Not Present    __ Custody    _X_ Bail

DEFENDANT'S NAME : Leemax Neunie by Margaret Shalley
  _X_ Present    ___ Not Present    __ Custody    _X_ Bail

DEFENDANT'S NAME :Vincent Quiones by Eric Schlosser
  _X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENDANT'S NAME : Leon Scarlet by Barry Turner for Joseph Kilada
  _X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENDANT'S NAME : Andre Wilson by Stuart Grossman
  X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENDANT'S NAME : Kuame Wilson by Susan Kellman
  _X_ Present    ___ Not Present    __ Custody    _X_ Bail

**A.U.S.A: Justin Lerer for Sree Vamshi Reddy**

CASE MANAGER: **Sandra Jackson**        Court Reporter: A. Sherman

  _X_ Hearing held as to all defendants
  _____ Defendant was released on_____ PRB with/without some conditions.
  _____ Defendant was advised of bond conditions by the Court and signed the bond.
  _____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
  _____ Additional surety (ies) to co-signed bond by _____
  _____At this time, defense counsel states on the record that defendant  does not have a bail
     application/package. **Order of Detention Entered** with leave to reapply to a Magistrate
     or to the District Court Judge to whom the case will be assigned.

  _X_  Order of Excludable Delay entered as to defendant.

     Code Type**_XC_**    Start **11/10/2010**    Stop  **12/3/10**

____  Order of Speedy Trial entered.   Code Type_____    Start_____ Stop

  _X_ Defendant first appearance on the superseding indictment.

  _X_ Defendant arraigned on the superseding  indictment

  _X_ Defendant  informed of rights.

  _X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

The next status conference has been scheduled for 12/3/10 at 4:00p.m.

## ARRAIGNMENT CALENDAR :

BEFORE **U.S.D.J. MATSUMOTO**      **DATE: 11/10/2010**   TIME:**4:00pm.**

DOCKET NUMBER :**10 CR 809 [KAM]**

DEFENDANT'S NAME :CHRISTOPER BARRETT  by Jack Goldberg
__X_ Present      ___ Not Present      __X_ Custody      ___ Bail

DEFENDANT'S NAME : RYAN ANDERSON  by Barry Turner
_X_ Present      ___ Not Present      __ Custody      __X_ Bail

DEFENDANT'S NAME : JOSEPH DONALDSON  by Joel Winograd
_X_ Present      ___ Not Present      __X_ Custody      ___ Bail

DEFENDANT'S NAME : KERRY GUNTHER  by Allen Lashley
_X_ Present      ___ Not Present      __X_ Custody      ___ Bail

DEFENDANT'S NAME : CHARLES JONES  by Joel Winograd  for Donald Vernon
_X_ Present      ___ Not Present      __X_ Custody      ___ Bail

A.U.S.A:**: Justin Lerer for Sree Vamshi Reddy**

CASE MANAGER: **Sandra Jackson**         Court Reporter: A. Sherman

___X_ Hearing held as to all defendants
_____ Defendant was released on_____ PRB with/without some conditions.
_____ Defendant was advised of bond conditions by the Court and signed the bond.
____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
____ Additional surety (ies) to co-signed bond by _____
____At this time, defense counsel states on the record that defendant  does not have a bail
    application/package. **Order of Detention Entered** with leave to reapply to a Magistrate
    or to the District Court Judge to whom the case will be assigned.

__X_ Order of Excludable Delay entered as to defendant.

     Code Type__XC__   Start_11/10/2010__    Stop__12/3/10__

____ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop

__X_ Defendant first appearance on the superseding indictment.

__X_ Defendant arraigned on the superseding  indictment

__X_ Defendant  informed of rights.

__X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

The next status conference has been scheduled for 12/3/10 at 4:00p.m.