**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

November 21, 2011

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Christopher Barret, et al.
Ind. No. 10 Cr 809 (KAM)

Dear Judge Matsumoto:

This letter is respectfully submitted in response to the Court's inquiry and Order about the pending trial schedule. **Omar Mitchell** consents to an adjournment of the trial date to either January 17, 2012, or such other date as the Court may fix to accommodate the availability of all counsel, and he further consents to the exclusion of time to the date determined by your Honor.

Respectfully yours,

Michael H. Sporn

MHS/ss
Cc: All Counsel (By ECF)