**JACK G. GOLDBERG, ESQ.**
225 Broadway Suite 905
New York, NY  10007
212 227-1900
Fax 212-227-2736
Cell 917-886-4812
jackgoldberg2000@yahoo.com

VIA  ECF

November 21, 2011

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    United States v. Christopher Barret
           Cr. No. 10-809 (S-2) (KAM)

Dear Judge Matsumoto:

I represent Christopher Barret and recently reviewed an ECF filing that referred to a proposed adjournment of the trial date to January 17, 2012 from January 9, 2012. Under no circumstances can I agree to that adjournment. The reasons for my opposing the adjournment include:

1. I am scheduled to begin *United States v. Marcus Maragh* Cr-No. 11-155(ARR) in the EDNY before Judge Ross on January 23, 2012;

2. I am scheduled to begin *United States v. Bonnie Francis* 09-cr-00012-RWT-1 on February 14, 2012 before Judge Roger Titus in the United States District Court District of Maryland, located in  Greenbelt, MD;

3. On February 2, 2012 I am flying to Ft. Lauderdale, FL to meet my wife and then visit with my sister and other members of my family;

4. As you are aware on November 10, 2011 Mr. Barret vehemently objected to any further adjournments of his case. That he's been incarcerated for more than a year has no doubt contributed towards those feelings.

Respectfully,

    **/S/**

Jack G. Goldberg,

JGG/sh
cc AUSA Vamshi Reddy
       Christopher Barret