**DOCKET NUMBER:**     <u>CR 10-0809 (KAM)</u>

**CRIMINAL CAUSE FOR Jury Selection**

**BEFORE JUDGE:** <u>James Orenstein, USMJ</u>    **DATE:** <u>1/31/12</u>    **TIME IN COURT** <u>8</u> **HRS**

**DEFENDANT'S NAME:** <u>Christopher Barret</u>    **DEFENDANT'S #:** <u>1</u>
☒ Present    ☐ Not Present    ☒ Custody    ☐ Not Custody

   **DEFENSE COUNSEL:** <u>Jack Goldberg</u>
   ☐ Federal Defender    ☐ CJA    ☐ Retained

**DEFENDANT'S NAME:** <u>Kareem Forrest</u>    **DEFENDANT'S #:** <u>2</u>
☒ Present    ☐ Not Present    ☐ Custody    ☒ Not Custody

   **DEFENSE COUNSEL:** <u>Marion Seltzer</u>
   ☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT'S NAME:** <u>Ryan Anderson</u>    **DEFENDANT'S #:** <u>3</u>
☒ Present    ☐ Not Present    ☐ Custody    ☒ Not Custody

   **DEFENSE COUNSEL:** <u>Barry Turner</u>
   ☐ Federal Defender    ☐ CJA    ☒ Retained

**DEFENDANT'S NAME:** <u>Leon Scarlett</u>    **DEFENDANT'S #:** <u>11</u>
☒ Present    ☐ Not Present    ☒ Custody    ☐ Not Custody

   **DEFENSE COUNSEL:** <u>Joseph Gentile</u>
   ☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT'S NAME:** <u>Omar Mitchell</u>    **DEFENDANT'S #:** <u>15</u>
☒ Present    ☐ Not Present    ☒ Custody    ☐ Not Custody

   **DEFENSE COUNSEL:** <u>Michael Sporn</u>
   ☐ Federal Defender    ☒ CJA    ☐ Retained

**A.U.S.A.:** <u>Steven Tiscone, Tyler Smith, Gina Parlovecchio</u>

**CASE MANAGER OR MAGISTRATE CLERICAL:** <u>Alicia Guy</u>

**COURT REPORTER:** <u>Burt Sulzer</u>

☒ Jury Selection

**UTILITIES**
☐ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset

**TEXT:**