**U.S. Department of Justice**



United States Attorney
Eastern District of New York

SLT
F.#2010R01882

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 27, 2012

<u>By ECF and Hand</u>

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Christopher Barret <u>et</u> <u>al</u>.
         <u>Criminal Docket No. 10-809 (S-4) (KAM)</u>

Dear Judge Matsumoto:

    The government respectfully submits this letter to request a ten-day extension of time in which to file its response to defendants' post-trial motions in the above-referenced matter. Following their conviction at trial, on March 9, 2012, defendants CHRISTOPHER BARRET, RYAN ANDERSON, LEON SCARLETT and OMAR MITCHELL each filed motions pursuant to Fed. R. Crim. P. 29 and 33 seeking a judgment of acquittal and/or a new trial. The government's response to the defendants' motions is currently due on March 30, 2012.

    In light of the extensive trial record, the number of motions to which the government must respond and the variety of issues raised in defendants' motions, the government requests that the Court provide the government with additional time to file its response to the post-trial motions. Specifically, the government requests that it be permitted to file its response on or before April 9, 2012. I have consulted with defense counsel for defendants BARRET, ANDERSON, SCARLETT and MITCHELL who have informed me that they do not object to this request.

Thank you for your consideration of this request.

                                                Respectfully Submitted,

                                                LORETTA E. LYNCH
                                                United States Attorney

                                   By: _____
                                                Steven L. Tiscione
                                                Assistant U.S. Attorney
                                                (718) 254-6317

cc: Jack Goldberg, Esq.
    Barry Turner, Esq.
    Joseph Gentile, Esq.
    Michael Sporn, Esq.