

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT
F.#2010R01882

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 26, 2012

**BY ECF AND HAND DELIVERY**

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Christopher Barret et al.
           Criminal Docket No. 10-809(S-3)(KAM)

Dear Judge Matsumoto:

      The government respectfully submits this letter to advise the Court as to the status of the government's efforts to obtain records from the Metropolitan Detention Center ("MDC") for attorney visits by attorney Jack Goldberg, Esq. to defendant CHRISTOPHER BARRET. In accordance with the Court's directive at the June 4, 2012 hearing, the government has contacted the MDC to obtain any records pertaining to such visits. However, the only records the MDC maintains regarding attorney visits are in the form of handwritten log books that must be searched manually to locate the signatures of attorneys for each visitation, and then redacted to remove references to other inmates and their visitors. Accordingly, obtaining the requested records is an arduous task that is expected to require addition time to complete. The government will continue its efforts to obtain the records in a timely manner and notify the Court as soon as the records become available.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:     /s/
      Steven L. Tiscione
      Assistant U.S. Attorney
      (718) 254-6317

CC: Jack Goldberg, Esq. (by ECF)