UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATE OF AMERICA,

-against-

CHRISTOPHER BARRET, et al.

Defendant.
----------------------------------------------------x

Cr. No. 10-809 (S-4) (KAM)

DECLARATION OF SERVICE

JACK G. GOLDBERG, being an attorney duly admitted to practice law in the State of New York, and before this Court hereby declares under penalty of perjury that on August 31, 2012, I mailed a copy of the June 4, 2012 Hearing Transcript to him at the following address:

Derrick Brown
Reg. No. 65359-053
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

I declare upon penalty of perjury that the foregoing is true and correct.

DATED: New York, New York
August 31, 2012

/S/
______________________________
Jack G. Goldberg, Esq.
Attorney at Law
For Christopher Barret
225 Broadway Suite 905
New York, New York 10007